IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Woodward Jr, Dock W | Case Number: 08 B 10052 |
|---|---|---|
| | Woodward, Gloria S | Judge: Hollis, Pamela S |
| | Printed: 9/30/08 | Filed: 4/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,733.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 2,733.00 |
| Totals: | 2,733.00 | 2,733.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Triad Financial Services | Secured | 17,000.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | RJM Acquisitions LLC | Unsecured | 5.44 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 93.90 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 181.67 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 68.29 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 127.92 | 0.00 |
| 9. | Armor Systems Co | Unsecured | 11.62 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 27.50 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 64.48 | 0.00 |
| 12. | Saxon Mortgage Services Inc | Secured | | No Claim Filed |
| 13. | Bank Of America | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | American Express | Unsecured | | No Claim Filed |
| 16. | American Express | Unsecured | | No Claim Filed |
| 17. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 18. | Bank One | Unsecured | | No Claim Filed |
| 19. | Bank Of America | Unsecured | | No Claim Filed |
| 20. | Lou Harris | Unsecured | | No Claim Filed |
| 21. | Asset Acceptance | Unsecured | | No Claim Filed |
| 22. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 23. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Capital One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Woodward Jr, Dock W | Case Number: 08 B 10052 |
|---|---|---|
| | Woodward, Gloria S | Judge: Hollis, Pamela S |
| | Printed: 9/30/08 | Filed: 4/23/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Chase Manhattan Mortgage Corp | Unsecured | | No Claim Filed |
| 27. | Citi Mortgage | Unsecured | | No Claim Filed |
| 28. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 29. | GEMB | Unsecured | | No Claim Filed |
| 30. | HSBC | Unsecured | | No Claim Filed |
| 31. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 32. | J V D B & Associates | Unsecured | | No Claim Filed |
| 33. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 34. | Lane Bryant | Unsecured | | No Claim Filed |
| 35. | MRSI | Unsecured | | No Claim Filed |
| 36. | MRSI | Unsecured | | No Claim Filed |
| 37. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 38. | National Asset Recovery | Unsecured | | No Claim Filed |
| 39. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 40. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 41. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 42. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 43. | New Century Mortgage | Unsecured | | No Claim Filed |
| 44. | Ocwen Federal Bank FSB | Unsecured | | No Claim Filed |
| 45. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 46. | Receivables Performance | Unsecured | | No Claim Filed |
| 47. | Security Trust | Unsecured | | No Claim Filed |
| 48. | Wiltruco Employees Federal CU | Unsecured | | No Claim Filed |
| 49. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 50. | Select Portfolio Servicing | Unsecured | | No Claim Filed |

```
                                                         _____        _____
                                                         $ 17,580.82           $ 0.00
```

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees
```
                _____
                    $ 0.00
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

